FILED
MAR 25 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER MARCUS MOJADO,<br><br>Defendant. | Case No.: 19MJ1232<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of Firearms |

The undersigned complainant being duly sworn states:

## COUNT ONE

On or about March 16, 2019, within the Southern District of California, Christopher Marcus MOJADO, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms that travelled in and affected interstate commerce, to wit: a Smith and Wesson SD40 V3 .40 caliber handgun, bearing serial number FYB1979, a Remington Spr 100 shotgun, bearing serial number 07011534R; a Ruger .44 caliber revolver, bearing serial number 83-18812; and a Springfield XD .45 ACP handgun, with an obliterated serial number; in violation of Title 18, United States Code, Section 922(g)(1).

_____
Jaime Felix
Special Agent, ATF

Sworn to me and subscribed in my presence this 25 day of March, 2019.

_____
HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On March 16, 2019, at approximately 12:25 p.m., San Diego County Sheriff's Department ("SDSD") deputies identified Christopher Marcus MOJADO, ("MOJADO") as he exited his vehicle, a Ford F-150 truck bearing California license plate 5V41550, and entered his home. MOJADO was wanted on an active warrant and had a Fourth Amendment waiver as a condition of his probation.

Deputies then conducted a search of MOJADO's vehicle pursuant to his waiver. Inside the vehicle, under the center console, they located a Smith and Wesson SD40 V3 .40 caliber handgun, bearing serial number FYB1979. Under the rear seats, they located a Remington Spr 100 shotgun, bearing serial number 07011534R, and several rounds of shotgun shells.

Deputies also conducted a search of the residence pursuant to the same waiver. During the search, they encountered several individuals. These individuals confirmed MOJADO lived in a bedroom in the residence. Inside MOJADO's bedroom, which he shared with his wife, they identified a Ruger .44 caliber revolver, bearing serial number 83-18812, in the bedroom closet. In a dresser, deputies located a loaded Springfield XD .45 ACP handgun, with an obliterated serial number. Deputies also found several hundred rounds of ammunition, holsters, magazines, and other firearm parts and accessories in the room. Mail addressed to MOJADO was located in the room and MOJADO's wife stated that she had seen MOJADO in possession of a firearm and believed it was located in the bedroom. She also denied ownership of any of the firearms.

The firearms were seized and preliminary examination determined that they had not been manufactured in California, and therefore had moved in and affected interstate commerce to have been recovered in California.

A criminal history query for MOJADO revealed an April 5, 2018, felony conviction for California Health and Safety Code Section 11370.1(A) – Possession of a Controlled